**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

| | |
|---|---|
| In re: | Chapter 13 No. 17-20184 |
| Marquietta Davis | Hon. Daniel S. Opperman |
| Debtor. | |

_____________________________________/

**ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES AND DOCUMENTS**

| | | |
|---|---|---|
| Clerk of the Court<br>U.S. Bankruptcy Court<br>111 First Street<br>Bay City, MI 48708 | Joshua M. Reinert<br>Reinert & Reinert<br>3434 Davenport Ave<br>Saginaw, MI 48602-3306 | Thomas McDonald<br>3144 Davenport<br>Saginaw, MI 48602 |

PLEASE ENTER our Appearance as counsel for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America. Pursuant to the Bankruptcy Rules and the Bankruptcy Code, the undersigned should be added to the official address matrix as maintained in this proceeding by the Clerk of the Court, and that all notices given or required to be given and all papers served or required to be served in this case shall be served upon the undersigned as set forth below.

This request encompasses all notices, copies and pleadings, including, without limitation, notices of any application, motion, petition, pleading, request, complaint or demand whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, e-mail, telephone, telegraph, telex, or otherwise which affects or seeks to affect in any way the rights or interest of said creditor.

This appearance shall act as the appearance of every member of Trott Law, P.C., and is not limited to the attorneys listed below.

Respectfully Submitted,
Trott Law, P.C.

Dated: February 9, 2017

/S/ Brian Yoho (P66140)
/S/ Shawn C. Drummond (P58471)
/S/ Thomas Smith (P76786)
Attorney for Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America
31440 Northwestern Hwy Ste. 200
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com

Trott #470643B01

**TROTT LAW, P.C.**
31440 NORTHWESTERN HIGHWAY, SUITE 200
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628